**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JUSTIN COLLINS,<br><br>Plaintiff,<br><br>v.<br><br>VANESSA FANG, et al.,<br><br>Defendants. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | Case No. 4:26-cv-00372-JAR |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its review of the docket. On May 26, 2026, mail that this Court sent to self-represented Plaintiff Justin Collins was returned without a forwarding address, and Plaintiff has not notified the Court of any change in his address. According to the Local Rules of this Court, a self-represented party is required to promptly notify the Clerk of any change in his address or telephone number. E.D.Mo. L.R. 2.06(B). "If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." *Id.*

In this case, more than thirty days have passed since the mail was returned, and Plaintiff has not notified the Court of a change of address. The Court will therefore dismiss this action, without prejudice, pursuant to Local Rule 2.06(B). Additionally, Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) will be **DENIED as moot**.

Dated this 2nd day of October, 2026.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE